Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–28453–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joann Quartuccio
   15 Taunton Dr
   Howell, NJ 07731–2147

Social Security No.:
   xxx–xx–2931

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/13/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: February 13, 2019
JAN: bwj

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-28453-CMG
Joann Quartuccio                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1          Date Rcvd: Feb 13, 2019
                            Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.
```
db              Joann Quartuccio,    15 Taunton Dr,    Howell, NJ 07731-2147
517757920      +Chase Home Mortgage,    Po Box 24696,    Columbus, OH 43224-0696
517863352      +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517757924       RAS Citron,   130 Fairfield Rd,    Fairfield, NJ 07004-2407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 13 2019 22:41:42      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 13 2019 22:41:41      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517870855       EDI: BECKLEE.COM Feb 14 2019 03:43:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517757919      +EDI: CAPITALONE.COM Feb 14 2019 03:43:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517824221       EDI: CAPITALONE.COM Feb 14 2019 03:43:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
517757921      +EDI: WFNNB.COM Feb 14 2019 03:43:00      Comenity Bank,   995 W 122nd Ave,
                 Westminster, CO 80234-3417
517757922      +E-mail/Text: bankruptcy@fortknoxfcu.net Feb 13 2019 22:41:45      Fort Knox FCU,
                 1175 Pershing Dr,    Fort Knox, KY 40121-1999
517790928      +E-mail/Text: bankruptcy@fortknoxfcu.net Feb 13 2019 22:41:45      Fort Knox Federal Credit Union,
                 PO Box 900,   Radcliff, KY 40159-0900
517885421       EDI: RESURGENT.COM Feb 14 2019 03:43:00      LVNV Funding, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517801396       EDI: MERRICKBANK.COM Feb 14 2019 03:43:00      MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
517757923      +EDI: MERRICKBANK.COM Feb 14 2019 03:43:00      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
517886008      +EDI: RESURGENT.COM Feb 14 2019 03:43:00       PYOD, LLC,   Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
517872772       EDI: Q3G.COM Feb 14 2019 03:43:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
517757925      +EDI: RMSC.COM Feb 14 2019 03:43:00      Syncb,   Po Box 965036,   Orlando, FL 32896-5036
517759078      +EDI: RMSC.COM Feb 14 2019 03:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Benjamin Jamie Ginter    on behalf of Debtor Joann  Quartuccio gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor   FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings, LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```